**JASON L. RUSSO**
*Attorney at Law*

123 GROVE AVENUE, SUITE 120
CEDARHURST, NEW YORK 11516

(516) 374-6600
FAX: (516) 374-6615

August 17, 2006

Hon. Allyne R. Ross
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted*
*So ordered.*
*8/17/06*
*CC: counsel*
*PTSO Ct*
*ARR*

     RE:   United States v. Solomon Johnson
            06-CR-326

Dear Judge Ross:

    The following letter is submitted to request an amendment of Mr. Johnson's conditions of release. The defendant, Solomon Johnson, has the consent of both the Government (AUSA Daniel Spector) and U.S. Pretrial Services (Ms. Anna Choo).

    Mr. Johnson hereby requests permission to leave New York at 9 a.m. Friday August 18, 2006 and travel to Elizabeth City, North Carolina with his children. He will stay at the *Econolodge* in Elizabeth City, North Carolina and return to New York on Saturday August 19, 2006 by no later than 5 p.m.

    Furthermore, Mr. Johnson requests that his conditions of release be amended to allow him to leave his home between the hours of 9 a.m. and 3 p.m. Monday through Friday beginning August 21, 2006 so that he may seek employment.

    Thank you for your consideration of this request.

                                                Very truly yours,

                                                Jason Russo

CC:   AUSA Daniel Spector
        U.S. Pretrial Services